UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN FRANCIS FOREMAN,<br><br>                  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | Case No. C19-0197JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The court GRANTS Plaintiff John Foreman's *in forma pauperis* application (Dkt. # 1), and ORDERS:

(1)    The Clerk shall issue summonses to Mr. Foreman.

(2)    Mr. Foreman is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4. As detailed in General Orders 04-15 and 05-15, Mr. Foreman may effectuate service electronically by sending a copy of the summonses and complaint

//

//

//

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

via email, along with Mr. Foreman's identifying information, to USAWAW.SSAClerk@usdoj.gov.

DATED this 14th day of February, 2019.

JAMES L. ROBART
United States District Judge